No. 10-7448. Mary S. Thuillard, Petitioner v. United States.

562 U.S. 1153, 131 S. Ct. 942, 178 L. Ed. 2d 780, 2011 U.S. LEXIS 328.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 385 Fed. Appx. 650.